UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RONALD MANSFIELD,                       :
                                        :
      Plaintiff                         :
                                        :
   v.                                   : CIVIL NO. 3:CV-06-1085
                                        :
DEPUTY McGRADY, et al.,                 : (Judge Kosik)
                                        :
      Defendants                        :

**O R D E R**

**NOW, THIS 8th DAY OF JUNE, 2006, IT IS HEREBY ORDERED AS FOLLOWS:**

   1.   Plaintiff's motion to proceed in forma pauperis (Doc. 2) is construed as a motion to proceed without full prepayment of fees and costs and the motion are granted.[1]

   2.   The United States Marshal is directed to serve plaintiff's complaint on the defendants named therein.

                                  s/Edwin M. Kosik
                                  United States District Judge

---

   1. Mansfield completed this court's form application to proceed in forma pauperis and authorization to have funds deducted from his prison account. The court then issued an Administrative Order on June 5, 2006 (Doc. 4), directing the warden at his present place of confinement to commence deducting the full filing fee from plaintiff's prison trust fund account.